Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address
Gregg Roberts
43430 E Florida Ave F293
Hemet CA 92544
951-350-5371
gregg@legalsupport-sc.com

Assignee of Record / Plaintiff, pro se

☐ *Debtor(s) appearing without an attorney*
☐ *Attorney for:*

FOR COURT USE ONLY

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

In re:
MARK R. JOHNSON and LINDA M. JOHNSON,
Debtor(s).

GREGG ROBERTS,
Plaintiff,
vs.
MARK R. JOHNSON,
Defendant.

Adversary No. 6:26-ap-01097-RB
Debtor(s).

CASE NO.: 6:26-bk-14477-RB
CHAPTER: 7

# NOTICE OF MOTION FOR ORDER WITHOUT A HEARING

## [LBR 9013-1(p) or (q)]

[No hearing required]

**TO THE U.S. TRUSTEE AND ALL PARTIES ENTITLED TO NOTICE, PLEASE TAKE NOTICE THAT:**

1. Movant(s) Gregg Roberts, Plaintiff, filed a motion or application (Motion) entitled Request for Clerk to Enter Default Under LBR 7055-1(a) against Defendant Mark R. Johnson in Adversary No. 6:26-ap-01097-RB.

2. Movant(s) requests that the court grant the motion without a hearing as provided for in:

   ☐ LBR 9013-1(p), which, in addition to notice via Notice of Electronic Filing, requires the motion to be served on additional parties as specified in LBR 7055-1(a) ; or

   ☐ LBR 9013-1(q), which requires service of the motion only on parties via Notice of Electronic Filing.

3. The motion is based upon the legal and factual grounds set forth in the motion. (*Check appropriate box below*):

   ☒ The full motion is attached to this notice; or

   ☐ The full motion was filed with the court as docket entry # ___, and a detailed description of the relief sought is attached to this notice.

4. Movant will promptly lodge an order that the court may use to rule on the motion, as the court may rule on the motion without a hearing and without an opportunity for any party to file a request for a hearing,.

Respectfully submitted,

Date: 11/01/2026

[signature]
Signature of Movant or attorney for Movant

Gregg Roberts
Printed name of Movant or attorney for Movant

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

43430 E Florida Ave Ste F, Hemet CA 92544

A true and correct copy of the foregoing document entitled: **NOTICE OF MOTION FOR ORDER WITHOUT HEARING PURSUANT TO LBR 9013-1(p) or (q)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) ____________, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

I do not have access to CM/ECF.

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) 11/02/2026 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

1. Debtor Mark R. Johnson, 41539 Kalmia, Murrieta CA 92562
2. Debtor Mark R. Johnson, 26900 Winchester Creek Apt 3103, Murrieta CA 92562
3. Debtor Counsel Kevin Tang, Tang & Associates, 17011 Beach Blvd, Suite 900, Huntington Beach CA 92647
4. Hon. Magdalena Reyes Bordeaux, 3420 Twelfth Street, Suite 325, Riverside CA 92501-3819

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ____________, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/02/2026 | Vito A. Vitale III | Vito A. Vitale III |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Gregg Roberts<br>43430 E Florida Ave F293<br>Hemet CA 92544<br>951-350-5371<br>gregg@legalsupport-sc.com<br><br>☒ *Plaintiff(s) appearing without attorney*<br>☐ *Attorney for Plaintiff(s)* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| | |
|---|---|
| In re:<br>MARK R. JOHNSON and LINDA M. JOHNSON<br>Debtor(s).<br>GREGG ROBERTS,<br>Plaintiff(s),<br>vs.<br>MARK R. JOHNSON<br>Defendant(s). | CASE NO.: 6:26-bk-14477-RB<br>CHAPTER: 7<br>ADVERSARY NO.: 6:26-ap-01097-RB<br><br>**REQUEST FOR CLERK TO ENTER DEFAULT UNDER LBR 7055-1(a)**<br><br>[No Hearing Required] |

TO THE DEFENDANT, DEFENDANT'S ATTORNEY AND OTHER INTERESTED PARTIES:

1. Name of Defendant against whom default is sought (*specify name*): Mark R. Johnson
2. Plaintiff filed the complaint in this adversary proceeding on (*specify date*): 09/04/2026
3. The summons and complaint were served on Defendant by ☐ Personal Service ☒ Mail Service on the following date (*specify date*): 09/10/2026
4. A conformed copy of the executed service of summons form is attached hereto.
5. The time for filing an answer or other responsive pleading expired on (*specify date*): 10/08/2026
6. No answer or other responsive pleading has been filed or served by Defendant.

WHEREFORE, Plaintiff requests that the clerk of the court enter a default against this Defendant.

Date: 11/01/2026

Gregg Roberts
Signature

Gregg Roberts
*Printed name of Plaintiff or attorney for Plaintiff*

Gregg Roberts
43430 E. Florida Ave., F-293
Hemet, CA 92544
Telephone: 951-350-5371
Email: gregg@legalsupport-sc.com
Plaintiff, Assignee of Record and Judgment Creditor, Pro Se

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**RIVERSIDE DIVISION**

| | |
|---|---|
| In re:<br><br>MARK R. JOHNSON and<br>LINDA M. JOHNSON,<br>Debtors.<br><br>GREGG ROBERTS,<br>Plaintiff,<br><br>v.<br><br>MARK R. JOHNSON,<br>Defendant. | Case No. 6:26-bk-14477-RB<br>Chapter 7<br>Adv. Proc. No. 6:26-ap-01097<br><br>**DECLARATION OF GREGG ROBERTS IN SUPPORT OF REQUEST FOR CLERK TO ENTER DEFAULT AGAINST DEFENDANT MARK R. JOHNSON**<br><br>Judge: Magdalena Reyes Bordeaux<br>[Local Bankruptcy Rule 7055-1(a)]<br>No Hearing Required |

I, Gregg Roberts, declare as follows:

1. I am the Plaintiff in the above-captioned adversary proceeding and the assignee of record and judgment creditor concerning the judgment debt at issue. I represent myself in this proceeding. I have personal knowledge of the facts stated herein, except where expressly stated otherwise, and could and would testify competently to those within my personal knowledge.

2. **Service of Summons and Complaint:** On September 8, 2026, the Clerk issued the Summons in Adversary Proceeding, Docket No. 3. On September 10, 2026, Defendant Mark R. Johnson was served with a true and correct copy of the Summons and Complaint to Determine Dischargeability of Debt pursuant to 11 U.S.C. § 523(a)(6), by first class mail at:

a) The address given in the Defendant's Original Petition: 41539 Kalmia, Murrieta CA 92562; and

b) The address provided by Mr. Johnson in response to questioning by me at the 341(a) meeting of creditors: 26900 Winchester Creek Apt 3103, Murrieta CA 92563.

3. Defendant's bankruptcy attorney, Kevin Tang of Tang & Associates, was also served on that same date by first class mail at 17011 Beach Blvd, Suite 900, Huntington Beach CA 92647.

4. **Proof of Service Filed:** The executed Proof of Service of the Summons and Complaint was filed with the Court as Docket No. 4, entered September 16, 2026. A true and correct conformed copy is attached hereto as Exhibit 1. Although "Murrieta CA 92562" was inadvertently omitted from the address statement on the proof of service, the envelope was not missing that information. In any case, every mail piece that I have mailed to the 41539 Kalmia address has been returned undeliverable by the United States Postal Service. According to Mr. Johnson, that address was a business address that was never supposed to be interpreted or used as a current address for the debtor after he filed his Original Petition. Mr. Johnson explained that the use of that former business address in his Petition was his mistake, not that of his attorney. At that time he stated under oath that the Winchester Creek address was his current residential address.

5. **Expiration of Response Deadline:** Under Federal Rule of Bankruptcy Procedure 7012(a), Defendant's response was due within 30 days after issuance of the Summons. The Summons was issued September 8, 2026, and the response deadline was October 8, 2026.

6. **Failure to Plead or Otherwise Defend:** Defendant's deadline to answer or otherwise defend against the Complaint has expired. As of the date of this Declaration, Defendant Mark R. Johnson has not filed an answer, motion, or other response to the Complaint. No answer, motion, or other response to the Complaint has been served upon me by or on behalf of Defendant.

7. **Competency:** Upon information and belief, Defendant Mark R. Johnson is an adult and is not an incompetent person.

8. **Servicemembers Civil Relief Act (50 U.S.C. § 3931):** On November 1, 2026, I conducted a search of the Department of Defense Manpower Data Center database concerning Defendant

Mark R. Johnson. The resulting Status Report indicated that Defendant was not on active duty as of the status date searched and did not identify an early notification to report for active duty. Based on that report, I believe Defendant is not in military service. A true and correct copy of the Status Report is attached hereto as Exhibit 2.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 1, 2026, at Hemet, California.

Gregg Roberts

Gregg Roberts
Plaintiff, Assignee of Record and Judgment Creditor, Pro Se

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Gregg Roberts<br>43430 E Florida Ave #F−293<br>Hemet, CA 92544<br><br>951−350−5371<br><br>*Plaintiff or Attorney for Plaintiff* | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA − RIVERSIDE** | |
| In re:<br><br>Mark R Johnson and Linda M Johnson<br><br>Debtor(s). | CASE NO.: 6:26−bk−14477−RB<br><br>CHAPTER: 7<br><br>ADVERSARY NUMBER: 6:26−ap−01097−RB |
| Gregg Roberts<br><br>Plaintiff(s)<br><br>Versus<br><br>Mark R Johnson<br><br>Defendant(s) | **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004−1]** |

TO THE DEFENDANT(S): A Complaint has been filed by the Plaintiff against you. If you wish to defend against the Complaint, you must file with the court a written pleading in response to the Complaint. You must also serve a copy of your written response on the party shown in the upper left−hand corner of this page. The deadline to file and serve a written response is **10/08/2026.** If you do not timely file and serve the response, the court may enter a judgment by default against you for the relief demanded in the Complaint.

A status conference in the adversary proceeding commenced by the Complaint has been set for:

| | |
|---|---|
| **Date:** | **December 15, 2026** |
| **Time:** | **02:00 PM** |
| **Hearing Judge:** | **Magdalena Reyes Bordeaux** |
| **Location:** | **3420 Twelfth St., Crtrm 301, Riverside, CA 92501** |

**You must comply with LBR 7016−1, which requires you to file a joint status report and to appear at a status conference.** All parties must read and comply with the rule, even if you are representing yourself. You must cooperate with the other parties in the case and file a joint status report with the court and serve it on the appropriate parties at least 14 days before a status conference. A court−approved joint status report form is available on the court's website (LBR form F 7016−1.STATUS.REPORT) with an attachment for additional parties if necessary (LBR form F 7016−1.STATUS.REPORT.ATTACH). If the other parties do not cooperate in filing a joint status report, you still must file with the court a unilateral status report and the accompanying required declaration instead of a joint status report 7 days before the status conference. **The court may fine you or impose other sanctions if you do not file a status report. The court may also fine you or impose other sanctions if you fail to appear at a status conference.**

**KATHLEEN J. CAMPBELL**
**CLERK OF COURT**

Date of Issuance of Summons and Notice of Status Conference in Adversary Proceeding: September 8, 2026

By: "s/" Susan Hawkinson

Deputy Clerk

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
43430 E. Florida Ave. #F, Hemet, CA 92544

A true and correct copy of the foregoing document entitled: **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004−1]** and (2) the accompanying pleading(s) entitled:
1. NOTICE TO DEFENDANTS / AVISO AL DEMANDADO(S). 2. Early Meeting of Counsel and Status Conference
Instructions. 3. COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT UNDER 11 U.S.C. § 523(a)(6)

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005−2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) ____________________, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

I do not have access to the Electronic Mail Notice List.

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) 9/10/2026, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

1. Debtor Mark R. Johnson, 41539 Kalmia, Murrieta CA 92562. 2. Debtor Mark R. Johnson, 26900 Winchester Creek Apt 3103. 3. Debtor Counsel Kevin Tang, Tang & Associates, 17011 Beach Blvd, Suite 900, Huntington Beach CA 92647.
4. Hon. Magdalena Reyes Bordeaux, 3420 Twelfth Street, Suite 325, Riverside CA 92501-3819.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ____________________, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 9/10/2026 | Faith Munson | Faith Munson |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

Department of Defense Manpower Data Center

Results as of : Nov-01-2026 05:34:16 PM EST

SCRA 5.29

# Status Report
# Pursuant to Servicemembers Civil Relief Act

SSN: XXX-XX-2107
Birth Date:
Last Name: JOHNSON
First Name: MARK
Middle Name:
Status As Of: Nov-01-2026
Certificate ID: 449GCMBR1PMYQWS

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, Space Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. § 3901 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service. Service contact information can be found on the SCRA website's FAQ page (Q35) via this URL: https://scra.dmdc.osd.mil/scra/#/faqs. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. § 3921(c).

This response reflects the following information: (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1). Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available. In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs). Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate. SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING: This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester. Providing erroneous information will cause an erroneous certificate to be provided.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

43430 E Florida Ave Ste F, Hemet CA 92544

A true and correct copy of the foregoing document entitled: **REQUEST FOR CLERK TO ENTER DEFAULT UNDER LBR 7055-1(a)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) ___________, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

I do not have access to CM/ECF.

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 11/02/2026, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

1. Debtor Mark R. Johnson, 41539 Kalmia, Murrieta CA 92562
2. Debtor Mark R. Johnson, 26900 Winchester Creek Apt 3103, Murrieta CA 92562
3. Debtor Counsel Kevin Tang, Tang & Associates, 17011 Beach Blvd, Suite 900, Huntington Beach CA 92647
4. Hon. Magdalena Reyes Bordeaux, 3420 Twelfth Street, Suite 325, Riverside CA 92501-3819

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ___________, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/02/2026 | Vito A. Vitale III | Vito A. Vitale III |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |