FILED & ENTERED

NOV 20 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY hawkinso DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**RIVERSIDE DIVISION**

In re:

Mark R. Johnson

Linda M. Johnson

Debtor(s).

Greg Roberts

Plaintiff,

v.

Mark R. Johnson

Defendant.

Case No: 6:26-bk-14477-RB

Adv No: 6:26-ap-01097-RB

CHAPTER 7

**ORDER CONTINUING STATUS CONFERENCE**

**Continued Hearing Date and Time:**
**Date: January 12, 2027**
**Time: 2:00 p.m.**
**Courtroom: 301**

Current Hearing Date and Time:
Date: December 15, 2026
Time: 2:00 p.m.
Courtroom: 301

(In Person or Zoom Appearances)

**PLEASE TAKE NOTICE** the Status Conference set for hearing on December 15, 2026, at 2:00 p.m. in Courtroom 301 at the Riverside Bankruptcy Court located at 3420 Twelfth Street, Riverside, California will be continued to **January 12, 2027, at 2:00 p.m.**

###

Date: November 20, 2026

Magdalena Reyes Bordeaux
United States Bankruptcy Judge