United States Bankruptcy Court

Central District of California

Roberts,
Plaintiff

Adv. Proc. No. 26-01097-RB

Johnson,
Defendant

# CERTIFICATE OF NOTICE

District/off: 0973-6 User: admin Page 1 of 1

Date Rcvd: Nov 20, 2026 Form ID: pdf031 Total Noticed: 2

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | Mark R Johnson, 41539 Kalmia, Murrieta, CA 92562-6511 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| pla | + | Email/Text: bknotices@legalsupport-sc.com | Nov 20 2026 23:29:00 | Gregg Roberts, 43430 E Florida Ave #F-293, Hemet, CA 92544-7224 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Arturo Cisneros (TR) | amctrustee@mclaw.org acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

TOTAL: 2

FILED & ENTERED

NOV 20 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY hawkinso DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**RIVERSIDE DIVISION**

In re:

JD Lewis, Jr.

Debtor(s).

William Shuck

Plaintiff,

v.

JD Lewis, Jr.

Defendant.

Case No: 6:25-bk-11232-RB

Adv No: 6:25-ap-01065-RB

CHAPTER 7

**ORDER CONTINUING STATUS CONFERENCE**

**Continued Hearing Date and Time:**
**Date: February 2, 2027**
**Time: 2:00 p.m.**
**Courtroom: 301**

Current Hearing Date and Time:
Date: December 15, 2026
Time: 2:00 p.m.
Courtroom: 301

(In Person or Zoom Appearances)

**PLEASE TAKE NOTICE** the Status Conference set for hearing on December 15, 2026, at 2:00 p.m. in Courtroom 301 at the Riverside Bankruptcy Court located at 3420 Twelfth Street, Riverside, California will be continued to **February 2, 2027, at 2:00 p.m.**

###

Date: November 20, 2026

Magdalena Reyes Bordeaux
United States Bankruptcy Judge